IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO.   5:14cr1DCB-LRA

FLOWERS CURTIS

ORDER OF DISMISSAL
COUNTS 1, 2, 3, 8, 9, 10, 13, 15, 16, 18, 19 and 20

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, 3, 8, 9, 10, 13, 15, 16, 18, 19 and 20 of the Criminal Indictment against the defendant, FLOWERS CURTIS, without prejudice.

GREGORY K. DAVIS
United States Attorney

s/ Harold Brittain
By:   HAROLD BRITTAIN
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 2, 3, 8, 9, 10, 13, 15, 16, 18, 19 and 20.

ORDERED this   2nd   day of   September , 2014.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE