IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 5:14-cr-1(DCB)(LRA)

FLOWERS CURTIS                                        DEFENDANT

<u>ORDER</u>

This criminal cause is before the Court on the defendant Flowers Curtis's Motion for Judgment Notwithstanding the Verdict, or in the alternative, Motion for a New Trial **(docket entries 38 and 39).** Having carefully considered the motion and the Government's response, and being fully advised in the premises, the Court now finds as follows:

This case was tried before a jury beginning on August 25, 2014, and continuing through August 27, 2014. The jury returned a verdict of guilty as to counts 4, 5, 6, 7, 12, 14 and 17, and was unable to reach a verdict as to count 11.[1]

The defendant makes three arguments in support of his motion. First, he argues that the Court erred in admitting certain records from AT&T which showed a particular email and IP address; second, he argues that the Court erred in allowing into evidence records from two Riverhills Bank accounts; third, he argues that the Court, over his objection, allowed an "aiding and abetting" jury

_____

[1] The indictment originally consisted of twenty counts. By the end of trial, the number of counts had been reduced by the Government to eight.

instruction.

This Court has previously considered the defendant's objections and arguments regarding these matters and has denied them.  He makes no new arguments in his motion, and the Court finds that it should be denied.

Accordingly,

IT IS HEREBY ORDERED that the defendant Flowers Curtis's Motion for Judgment Notwithstanding the Verdict, or in the alternative, Motion for a New Trial **(docket entries 38 and 39)** is DENIED.

SO ORDERED, this the 6th day of November, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE