```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                          CRIMINAL NO. 5:14-cr-1(DCB)(LRA)

FLOWERS CURTIS                                      DEFENDANT

<u>ORDER</u>

    This criminal cause is before the Court on the defendant Flowers Curtis's Motion for Bond Hearing (docket entry 40). Having carefully considered the motion, to which the Government has not responded, the Court now finds as follows:

    This case was tried before a jury beginning on August 25, 2014, and continuing through August 27, 2014. During the trial, the Government, in camera, raised allegations of witness tampering by the defendant, and the Court received evidence in camera. After the defendant was found guilty, the Court revoked the defendant's bond pending investigation of the witness tampering allegations. The parties were instructed that the Court was referring the matter to Magistrate Judge Anderson, pending the Government's investigation.

    The defendant's motion does not request a bond hearing in the prayer for relief, which the Court considers an oversight. The Court further notes that the Government has not responded to the motion. The parties are directed to bring this matter to the attention of Magistrate Judge Anderson promptly.

Accordingly,

IT IS HEREBY ORDERED that the parties are directed to bring the defendant Flowers Curtis's Motion for Bond Hearing before the Magistrate Judge promptly.

SO ORDERED, this the 6th day of November, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE