IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION


UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 5:14-cr-1(DCB)(LRA)

FLOWERS CURTIS                                              DEFENDANT


                                ORDER

    This criminal cause is before the Court <u>sua</u> <u>sponte</u> in order to advise the defendant of his appeal rights. The defendant's sentencing was held on March 19, 2015. The Court now enters the following:

                         NOTICE OF APPEAL RIGHTS

    The defendant is hereby advised that he has an absolute right to appeal his criminal case and any issues in it to the United States Fifth Circuit Court of Appeals. Should the defendant choose to appeal, he must file a Notice of Appeal with the Clerk of Court for the United States District Court for the Southern District of Mississippi within fourteen (14) calendar days after the date the "Judgment in a Criminal Case" is filed, or within fourteen (14) calendar days after any government appeal is filed, whichever is later. <u>See</u> Federal Rule of Appellate Procedure 4(b)(1)(A).

    If the defendant previously was determined to be indigent in connection with his criminal case, or if he is now indigent and unable to pay for an appeal, he may request permission to proceed on appeal without prepayment of the applicable filing fees. He

should discuss the question of appeal with his attorney, if he has one, but whatever the attorney may tell him, the responsibility for filing the Notice of Appeal remains with the defendant, and the defendant must file such Notice of Appeal within the aforementioned time period to make it effective.

The defendant and his attorney are further advised that if either of them desires that they return to court to be further advised of the right to appeal, the Court will afford a hearing for that purpose.  The Court should be advised within five (5) days from the date of entry of this Order if a further hearing is desired.

SO ORDERED, this the 23rd day of March, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE