IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO.: 5:14-CR-00001DCB-LRA

FLOWERS CURTIS a/k/a
Jim Curtis

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses count 11 of the Indictment, filed January 7, 2014, against the defendant, Flowers Curtis, without prejudice.

Dated: March 24, 2015        GREGORY K. DAVIS
                             United States Attorney

                       By:   /s Harold H. Brittain
                             Harold H. Brittain
                             Assistant United States Attorney
                             MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal of the Indictment.

ORDERED this  31st  day of     March    , 2015.


                                s/David Bramlette
                             UNITED STATES DISTRICT JUDGE